B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Trigeant Holdings, Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**65-1115375** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3020 North Military Trail**<br>**Suite 100**<br>**Boca Raton, FL**     ZIP Code **33431** | Street Address of Joint Debtor (No. and Street, City, and State):     ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Palm Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP Code | Mailing Address of Joint Debtor (if different from street address):     ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
■ Partnership
☐ Other (If debtor is not one of the above entities,
  check this box and state type of entity below.)

**Nature of Business**
(Check one box)
☐ Health Care Business
☐ Single Asset Real Estate as defined
  in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)
☐ Chapter 7             ☐ Chapter 15 Petition for Recognition
☐ Chapter 9                 of a Foreign Main Proceeding
■ Chapter 11
☐ Chapter 12            ☐ Chapter 15 Petition for Recognition
☐ Chapter 13                of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization
  under Title 26 of the United States
  Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts,   ■ Debts are primarily
  defined in 11 U.S.C. § 101(8) as          business debts.
  "incurred by an individual primarily for
  a personal, family, or household purpose."

**Filing Fee** (Check one box)
■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must
  attach signed application for the court's consideration certifying that the
  debtor is unable to pay fee except in installments. Rule 1006(b). See Official
  Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
  attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
  are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
  in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
  there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Trigeant Holdings, Ltd.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**Trigeant, LLC** | Case Number: | Date Filed: |
| District: | Relationship:<br>**Subsidiary** | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                       Page 3

| **Voluntary Petition** | Name of Debtor(s): **Trigeant Holdings, Ltd.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____ Signature of Debtor | X _____ Signature of Foreign Representative |
| X _____ Signature of Joint Debtor | _____ Printed Name of Foreign Representative |
| _____ Telephone Number (If not represented by attorney) | _____ Date |
| _____ Date | |

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X **/s/ Jordi Guso** Signature of Attorney for Debtor(s) **Jordi Guso 863580** Printed Name of Attorney for Debtor(s) **Berger Singerman LLP** Firm Name **1450 Brickell Avenue Suite 1900 Miami, FL 33131** Address Email: jguso@bergersingerman.com **305 755-9500  Fax: 305 714-4340** Telephone Number **August 25, 2014** Date *\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.* | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) _____ Address X _____ _____ Date Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

| **Signature of Debtor (Corporation/Partnership)** |
|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| X **/s/ Harry Sargeant II** Signature of Authorized Individual **Harry Sargeant II** Printed Name of Authorized Individual **Mgr of Trigeant Holdings, LLC, GP of Trigeant Holdings, Ltd.** Title of Authorized Individual **August 25, 2014** Date |

WRITTEN CONSENT AND CERTIFICATE OF RESOLUTIONS

The undersigned hereby adopt the following resolutions and approve or ratify the following actions, effective as of the date set forth below, pursuant to Florida Statutes, Section 608.4231 and Florida Statutes, Section 620.1406, and in accordance with the Operating Agreement of Trigeant, LLC, a Florida limited liability company, and the Limited Partnership Agreement of Trigeant Holdings, Ltd., a Florida limited partnership; and the undersigned further hereby waive all notice requirements and other formalities relating thereto:

WHEREAS, Stephen Roos is the sole manager of Trigeant, LLC, a Florida limited liability company ("Trigeant LLC"); and

WHEREAS, Harry Sargeant II (also known as Harry Sargeant, Jr.) is the sole manager of Trigeant Holdings, LLC, a Florida limited liability company ("Holdings LLC"); and

WHEREAS, Holdings LLC is the sole general partner of, and owner of a 1% partnership interest in, Trigeant Holdings, Ltd., a Florida limited partnership ("Holdings Ltd."); and

WHEREAS, Trigeant Ltd. owns 100% of the member interests of Trigeant LLC; and

WHEREAS, Harry Sargeant II, Daniel Sargeant and James Sargeant (collectively, the "Majority Members") each own membership interests in Holdings LLC, with Harry Sargeant II owning 29.25%, and Daniel Sargeant owning 29.25%, and James Sargeant owning 12.25% of the membership interests of Holdings LLC, thus comprising in the aggregate 70.75% of the membership interests of Holdings LLC; and

WHEREAS, the Majority Members are also limited partners of Holdings Ltd., and, indirectly and directly (including through their ownership of Holdings LLC), Harry Sargeant II owns 29.25%, Daniel Sargeant owns 29.25%, and James Sargeant owns 12.25% of the partnership interests of Holdings Ltd., thus comprising in the aggregate 70.75% of the partnership interests of Holdings Ltd.; and

WHEREAS, Stephen Roos, as the sole manager of Trigeant LLC, and Harry Sargeant II, as the sole manager of Holdings LLC, and the Majority Members, in their capacities described above, have determined that it is desirable and in the best interests of Trigeant LLC and Holdings Ltd., and of their respective creditors, employees and other interested persons, that petitions be filed by Trigeant LLC and Holdings Ltd. seeking relief under the provisions of Chapter 11 of Title 11 of the Unites States Code (the "Bankruptcy Code"); and

NOW, THEREFORE, BE IT RESOLVED that each of Trigeant LLC and Holdings Ltd. are authorized to file a petition for relief, as debtor, under Chapter 11 of the Bankruptcy Code ("Bankruptcy"), and that this instrument (Written Consent and Certificate of Resolutions) constitutes the express written consent of (1) the Majority Members, in their capacity as (i) all the members of Holdings LLC and (ii) collectively holding a majority of the partnership interests of Holdings Ltd., for Holdings LLC, in its capacity as the sole general partner of Holdings Ltd., to cause Holdings Ltd., both for itself and in its capacity as the sole member of Trigeant LLC, and

1

Trigeant LLC to commence a voluntary Bankruptcy for Holdings Ltd. and Trigeant LLC, (2) Harry Sargeant II, in his capacity as the sole manager of Holdings LLC, for Holdings LLC, in its capacity as the sole general partner of Holdings Ltd., to cause Holdings Ltd., both for itself and in its capacity as the sole member of Trigeant LLC, and Trigeant LLC to commence a voluntary Bankruptcy for Holdings Ltd. and Trigeant LLC, and (3) Stephen Roos, in his capacity as the sole manager of Trigeant LLC, for Trigeant LLC to commence a voluntary Bankruptcy for Trigeant LLC; and be it further

RESOLVED, that Stephen Roos (the "Manager") be, and hereby is, authorized on behalf of Holdings Ltd., both for itself and in its capacity as the sole member of Trigeant LLC, and Trigeant LLC to execute and verify petitions under Chapter 11 of the Bankruptcy Code and to cause such petitions to be filed in a United States Bankruptcy Court for the Southern District of Florida (the "Court"), to be filed at such time as the Manager shall determine and to be in the form approved by the Manager, such approval to be conclusively evidenced by the execution, verification and filing thereof; and be it further

RESOLVED, that the law firm of Berger Singerman LLP, 1450 Brickell Avenue, Suite 1900, Miami, Florida 33131, be and hereby is retained as attorneys for Trigeant LLC and Holdings Ltd. in and for all purposes associated with the Bankruptcy, subject to the approval of the Court; and be it further

RESOLVED, that the Manager be, and hereby is, authorized on behalf of Holdings Ltd., both for itself and in its capacity as the sole member of Trigeant LLC, and Trigeant LLC to execute and file in Trigeant LLC's and Holdings Ltd.'s Bankruptcy cases all petitions, schedules, motions, lists, applications, pleadings and other papers, and, in connection therewith, to retain and obtain assistance from additional legal counsel, accountants, financial advisors and other professionals, and to take and perform any and all further acts and deeds that the Manager deems necessary or desirable in connection with the Bankruptcy, with a view to the successfully prosecution and consummation of the Bankruptcy; and be it further

RESOLVED, that the Manager be, and hereby is, authorized for and on behalf of (i) Trigeant LLC (ii) Holdings Ltd., both for itself and in its capacity as the sole member of Trigeant LLC, and (iii) Holdings LLC, both for itself and in its capacity as the sole general partner of Holdings Ltd., to take any and all actions, to execute, deliver, certify, file and/or record any and all documents, agreements, instruments, motions, affidavits, certificates, applications for approvals or other submissions, and to amend any of the foregoing, and to perform or cause performance pursuant to any of the foregoing or any rulings of the Court or of any governmental or regulatory authorities, and to take any and all steps deemed by the Manager to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions and to effectuate and consummate a successful Bankruptcy reorganization; and be it further

RESOLVED, that any and all actions heretofore taken by the Manager or any of the Majority Members, or by employees, managers, officers or directors of Trigeant LLC, Holdings Ltd., or Holdings LLC in furtherance of the purposes and intents of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

5898290-5

3

[counterpart signature pages follow]

Case 14-29027-PGH    Doc 1    Filed 08/25/14    Page 6 of 12

3

[counterpart signature pages follow]

IN WITNESS WHEREOF, the undersigned, severally, have executed and delivered this instrument, in counterparts (each of which and all of which together, when fully signed, will constitute an original), effective as of August 25, 2014.

_____
**Stephen Roos**, Sole Manager of Trigeant, LLC

_____
**Harry Sargeant II**, Sole Manager of Trigeant Holdings, LLC

**TRIGEANT LLC:**

**Trigeant, LLC**, a Florida limited liability company

   By: Trigeant Holdings, Ltd., a Florida limited partnership, its sole member

      By: Trigeant Holdings, LLC, a Florida limited liability company, its sole general partner

      By: _____
         Harry Sargeant II, Sole Manager

**HOLDINGS LTD.:**

**Trigeant Holdings, Ltd.**, a Florida limited partnership

   By: Trigeant Holdings, LLC, a Florida limited liability company, its sole general partner

   By: _____
      Harry Sargeant II, Sole Manager

**HOLDINGS LLC:**

Trigeant Holdings, LLC, a Florida limited liability company

By: _____
   Harry Sargeant II, Sole Manager

[counterpart signature page continues on following page]

4

5898290-5

**MAJORITY MEMBERS**:

_____
**Harry Sargeant II** (also known as Harry Sargeant, Jr.)


_____
**Daniel Sargeant**


_____
**James Sargeant**

5898290-5

**MAJORITY MEMBERS**:

_____
**Harry Sargeant II** (also known as Harry Sargeant, Jr.)

_____
**Daniel Sargeant**

_____
**James Sargeant**

**MAJORITY MEMBERS**:

_____
**Harry Sargeant II** (also known as Harry Sargeant, Jr.)


_____
**Daniel Sargeant**

*[signature: James Sargeant]*
_____
**James Sargeant**

# United States Bankruptcy Court
## Southern District of Florida

In re  **Trigeant Holdings, Ltd.**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Mgr of Trigeant Holdings, LLC, GP of Trigeant Holdings, Ltd. of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 25, 2014**

**/s/ Harry Sargeant II**
**Harry Sargeant II/Mgr of Trigeant Holdings, LLC, GP of Trigeant Holdings, Ltd.**
Signer/Title

Crowell & Moring LLP
1001 Pennsylvania Avenue
Washington, DC 20004-2595

Davis & Co.
700 Bay Street East
Nassau, Bahamas

Grant Thornton, LLP
33911 Treasury Center
Chicago, IL 60694-3900

Hartline, Dacus, Barger, et al.
6688 N. Central Expressway
#1000
Dallas, TX 75206

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Trigeant Holdings, Ltd.
3020 North Military Trail
Suite 100
Boca Raton, FL 33431

Trigeant, LLC
3020 North Military Trail
Suite 100
Boca Raton, FL 33431

Whiteford, Taylor & Preston LLP
1025 Connecticut Avenue NW
Washington, DC 20036