# United States Bankruptcy Court
## Southern District of Florida

In re  **Trigeant Holdings, Ltd.**,  
Debtor

Case No. __14-29027-EPK__

Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Daniel Sargeant**<br>3020 North Military Trail<br>Suite 100<br>Boca Raton, FL 33431 | | 28.9575% | |
| **Harry Sargeant II**<br>3020 North Military Trail<br>Suite 100<br>Boca Raton, FL 33431 | | 28.9575% | |
| **Harry Sargeant III**<br>c/o Kozyak Tropin & Throckmorton, P.A.<br>2525 Ponce de Leon Blvd.<br>9th Floor<br>Miami, FL 33134 | | 28.9575% | |
| **James Sargeant**<br>3020 North Military Trail<br>Suite 100<br>Boca Raton, FL 33431 | | 12.1275% | |
| **Trigeant Holdings LLC**<br>3020 North Military Trail<br>Suite 100<br>Boca Raton, FL 33431 | | 1% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Mgr of Trigeant Holdings, LLC, GP of Trigeant Holdings, Ltd. of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __September 4, 2014__    Signature __/s/ Harry Sargeant II__  
**Harry Sargeant II**  
**Mgr of Trigeant Holdings, LLC, GP of Trigeant Holdings, L**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C §§ 152 and 3571.

__0__    continuation sheets attached to List of Equity Security Holders