UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

TRIGEANT HOLDINGS, LTD., *et al.,*[1]

    Debtors.

Chapter 11 Case
Case No. 14-29027-EPK

_____/

In re:

TRIGEANT, LTD.,

    Debtor.

Chapter 11 Case
Case No. 14-30727-EPK
(Joint Adminstration Pending)

_____/

## CONSOLIDATED CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), Trigeant Holdings, Ltd., Trigeant, LLC, and Trigeant, Ltd (collectively, the "Debtors"), file this *Consolidated Chapter 11 Case Management Summary* and state:

1. Date of Order for Relief under Chapter 11 (filing date of petition if voluntary chapter 11 petition):

   **On August 25, 2014 (the "Initial Petition Date"), Trigeant Holdings, Ltd. ("Holdings") and Trigeant, LLC ("LLC", and together with Holdings, the "Initial Debtors") filed Voluntary Chapter 11 Petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida.**

   **On September 16, 2014 (the "Subsequent Petition Date"), Trigeant, Ltd. ("Trigeant") filed a Voluntary Chapter 11 Petition for relief**

---

[1] The Court has already entered its *Order Granting Debtors' Ex Parte Motion for Joint Administration* [ECF No. 26] which provides for the joint administration of *In re Trigeant Holdings Ltd*, Case No. 14-29027-EPK and *In re Trigeant LLC*, Case No. 14-29030-EPK. Trigeant, Ltd, has also requested that the Court jointly administer its case with those of the Initial Debtors. *See Motion To Jointly Administer Cases* ECF No. 5. Accordingly, this case management summary is provided for all three related debtors on a consolidated basis.

        **under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida.**

2. Names, case numbers and dates of filing of related debtors:

    **Trigeant, Ltd. – Case No. 13-38580-EPK- Dismissed April 1, 2014 ("First Trigeant Case")**
    **Trigeant Holdings, Ltd. – Case No. 14-29027-EPK**
    **Trigeant, LLC- Case No. 14-29030-EPK**
    **Trigeant, Ltd. - Case No. 14-30727-EPK**

3. Description of Debtors' business:

    **Trigeant was formed as a Florida limited partnership in May of 2001. Trigeant owns a crude processing unit for crude oil and the associated real property in Corpus Christi, Texas (collectively, the "CPU").**

    **Holdings owns 99% of Trigeant. LLC owns 1% of Trigeant and serves as its general partner. Holdings owns 100% of LLC.**

4. Location of Debtors' operations and whether the business premises are leased or owned:

    **The Debtors' corporate address is 3020 North Military Trail, Suite 100, Boca Raton, FL 33431. Trigeant owns the CPU, which is located at 6600 Up River Road, Corpus Christi, Texas.**

5. Reasons for filing chapter 11:

    **The Debtors commenced these cases to implement a sale of substantially all of Trigeant's assets to Gravity Midstream Corpus Christi, LLC, as purchaser (the "Purchaser"). The sale will be implemented pursuant to the Asset Purchase Agreement between the Debtors, as sellers, and the Purchaser, as buyer, and a joint plan of reorganization proposed by the Debtors (the "Plan"). The Plan proposes to pay, or reserve for, the full amount of all allowed claims against the Debtors and renders all claims and interests unimpaired. The Plan provides for a material distribution to equity even if all Disputed Claims are paid in full. The Plan also provides for the reconciliation or adjudication of all Disputed Claims (as defined in the Plan) against any of the Debtors.**

5935302-9

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

   **Stephen Roos, Manager of Trigeant, LLC (general partner of the Trigeant). No salary or benefits have been paid to Mr. Roos by the Debtors in the last year.**

   **Harry Sargeant, Jr., is the Manager of Trigeant Holdings, LLC (general partner of Holdings). No salary or benefits have been paid to Mr. Sargeant, Jr., by the Debtors in the last year.**

7. Debtors' fiscal or calendar year to date gross revenues and the Debtor's gross revenues for the calendar or fiscal year prior to the filing of the petitions:

   **The only funds received by Trigeant relate to the Freepoint Commodities tank lease agreement, and such funds passed through Trigeant's account as ordered by the United States District Court for the Southern District of Texas. Those funds were used in accordance with the order of the United States District Court for the Southern District of Texas that presided over the fraudulent transfer action. *See PDVSA Petroleo, S.A. v. Trigeant, Ltd., Case No. 09-38* (S.D. Tex. 2009) (the "<u>Fraudulent Transfer Judgment</u>").**

   **Additionally, during the First Trigeant Case, Trigeant generated approximately $80,000 in revenue. These funds passed through Trigeant's DIP account and were expended during the course of the First Trigeant Case.**

   **Given the disputes pertaining to Trigeant's ownership of the CPU, the Debtors have not generated any revenue other than the $80,000 mentioned above since December 8, 2013. Trigeant's ownership of the CPU was only confirmed on June 6, 2014 when BTB Refining LLC dismissed its appeal of the Fraudulent Transfer Judgment.**

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations:

   > **Please see the Schedules and Statements of Financial Affairs filed by the Debtors contemporaneously with this Consolidated Case Management Summary.**

b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and

**Please see Schedules and Statements of Financial Affairs filed by the Debtors contemporaneously with this Case Management Summary.**

c. Amount of unsecured claims:

**Please see the Schedules and Statements of Financial Affairs filed by the Debtors contemporaneously with this Case Management Summary.**

9. General description and approximate value of the Debtors' assets:

**The Initial Debtors own 100% of the equity in Trigeant. Those interests have not been valued. Trigeant owns the CPU. Pursuant to the terms of the Asset Purchase Agreement between the Debtors, as sellers, and the Purchaser, the Purchaser will pay $100 million for the assets of Trigeant. The consideration is sufficient to pay, or reserve for, the full amount of all allowed claims and all Disputed Claims against the Debtors.**

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

**Policy Number: MA13022810004AP**
**Property Covered: 6600 Up River Road, Corpus Christi Texas.**
**Insurer: Certain Underwriters at Lloyds of London and other companies per the terms of the policy.**
**Coverage: As stated in policy.**
**Premium is being paid consistent with arrangement with insurance broker.**
**Total Annual Premium due: $1,109,009.00.**
**Total Amount Paid to Date: $530,195.00.**
**Total Amount to be paid in accordance with arrangement described above $578,814.00.**
**Policy Expires December 8, 2014 12:00 am.**

11. Number of employees and amounts of wages owed as of petition date:

    **Trigeant has 6 employees as of the Subsequent Petition Date. They are owed approximately $7,500 as of the Subsequent Petition Date, as further detailed in the Schedules and Statements.**

12. Status of Debtors' payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

    **Trigeant is current to the extent it has payroll tax obligations. Neither Holdings nor LLC has employees. None of the Debtors have sales tax obligations.**

13. Anticipated emergency relief to be requested within 14 days from the petition date:

    - **Debtor's Application for Approval, on an Interim and Final Basis, of the Employment of Berger Singerman LLP as Counsel for Debtor-in-Possession *Nunc Pro Tunc* to the Petition Date[2]**
    - **Debtor's *Ex Parte* Motion for Joint Administration [ECF No. 5]**
    - **Debtors' Emergency Motion Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364(C)(1), 364(C)(2), 364(C)(3), and 364(E), Bankruptcy Rules 2002, 4001, 6004 and 9014 and Local Rules 9013-1(H) and 9075-1 (I) Authorizing Debtors to Obtain Postpetition Financing and (II) Scheduling Final Hearing [ECF No. 9]**
    - **Debtor's Motion to Set Bar Date[3]**
    - **Trigeant, Ltd's Emergency Motion for an Order (I) Authorizing Debtor to Pay (A) Certain Prepetition Employee Obligations and (B) Prepetition Withholding Obligations, (II) Authorizing the Debtor to Maintain Employee Benefit Programs, and (III) Directing Banks to Honor Related Prepetition Transfers [ECF No. 7]**
    - **Debtors' Motion for Entry of an Order (I) Determining that the Debtors are not Required to Solicit Acceptances to the Plan or File a Disclosure Statement, (II) Establishing Notice, Discovery and Objection Procedures with Respect to Confirmation; and (II) Establishing a Procedure and Deadline to file Notice of Cure Claims [ECF No. 8]**

---

[2] To be filed.

[3] To be filed.

Dated this 16th day of September, 2014.

          Respectfully submitted,

          Trigeant, Ltd., Trigeant Holdings, Ltd., and
          Trigeant, LLC.,
          3020 North Military Trail
          Suite 100
          Boca Raton, FL 33431

          By: _____
          Stephen Roos, authorized signatory for all Debtors.

5935302-9