UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

TRIGEANT HOLDINGS, LTD., *et al.*,[1]      Chapter 11 Case
                                           Case No. 14-29027-EPK
    Debtors.                               (Jointly Administered)
_____/

**DEBTORS' SECOND MOTION TO EXTEND EXCLUSIVE
PERIOD TO SOLICIT ACCEPTANCES OF THEIR CHAPTER 11 PLAN**

Debtors-in-possession Trigeant Holdings, Ltd., Trigeant, LLC, and Trigeant, Ltd., (collectively, the **"Debtors"**) respectfully move pursuant to 11 U.S.C. § 1121(d) for a second extension of the period under 11 U.S.C. § 1121(c)(3) during which the Debtors have the exclusive right to solicit acceptances of a Chapter 11 plan, for an additional 61 days, through and including June 22, 2015, and state:

**Preliminary Statement**

1. On December 15, 2014, the Court terminated exclusivity *solely* as to BTB Refining, LLC (**"BTB"**) pursuant to its *Order (1) Granting BTB Refining LLC's Motion to Terminate Exclusive Periods in Which Only the Debtor May File a Plan and Solicit Acceptances Thereof; and (2) Resetting Dates and Deadlines Relating to Confirmation* (ECF No. 255) (the **"BTB Exclusivity Termination Order"**). That same day, BTB filed its *Plan of Reorganization under Chapter 11 of the Bankruptcy Code for Trigeant Holdings, Ltd. and Affiliates (Filed by BTB Refining, LLC as Plan Proponent)* (ECF#259) (the **"BTB Plan"**).

2. On January 29, 2015, BTB withdrew the BTB Plan (ECF No. 296). Thus, the Debtors still maintained the exclusive right to solicit acceptances of their *Debtors' First*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Trigeant Holdings, Ltd., (5375); Trigeant, LLC (2035); and Trigeant Ltd. (2037). The Debtors' business address is 3020 North Military Trail, Suite 100, Boca Raton, Florida 33431.

MIA 184193305v2

*Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code* (ECF No. 107) (the **"Debtors' Plan"**) pursuant to Section 1121(c)(3) of the Bankruptcy Code.[2]

3. On February 12, 2015, four ballots in Class 9 (as defined in the Debtors' Plan) accepting the Debtors' Plan (representing 71.0425% of the equity interests in Class 9), and one ballot rejecting the Debtors' Plan (representing 28.9575% of the equity interests in Class 9), were filed with the Court (ECF Nos. 340-344). Accordingly, pursuant to 11 U.S.C. § 1126(d), Class 9 has accepted the Debtors' Plan because holders of at least two-thirds in amount of the allowed interests in Class 9 have voted to accept the Debtors' Plan.

4. Notwithstanding the acceptance by Class 9 of the Debtors' Plan, on February 17, 2015 the Court entered an *Order Granting Debtors' Motion to Extend Exclusive Period to Solicit Acceptances of Their Chapter 11 Plan* (ECF No. 365), in which the Court extended the exclusive period under 11 U.S.C. § 1121(c)(3) during which only the Debtors may solicit acceptances of a Chapter 11 plan through and including April 22, 2015, without prejudice to the Debtors seeking further extensions.

5. While the Debtors maintain that (a) no classes of claims or interests are impaired under the Debtors' Plan and therefore no solicitation is required, and (b) the requisite amount of interests in Class 9 have already voted to accept the Debtors' Plan, because the Debtors' Plan has not yet been confirmed, the Debtors request that the Court extend the exclusive solicitation period for an additional 61 days, through and including June 22, 2015.

---

[2] Because the Debtors filed the Debtors' Plan within the first 120 days of these Chapter 11 Cases, the Debtors did not need to extend the exclusive period to file a plan under Section 1121(c)(2) of the Bankruptcy Code.

**Background**

6. On August 25, 2014, Trigeant Holdings, Ltd. and Trigeant, LLC, and on September 16, 2014, Trigeant, Ltd., each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code with the Court (collectively, the **"Chapter 11 Cases"**).

7. The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Chapter 11 Cases are being jointly administered under the case number set forth in the caption to this Motion. The Office of the United States Trustee has stated that, absent further notice, an Official Committee of Unsecured Creditors will not be appointed in these Chapter 11 Cases. No trustee or examiner has been appointed in these Chapter 11 Cases.

8. A hearing to consider confirmation of the Debtors' Plan is scheduled to commence on May 4, 2015.

9. Although the Debtors maintain that no classes of claims or interests are impaired under the Debtors' Plan, in an abundance of caution the Debtors solicited the votes of Class 9 equity interests, which Class has since voted to accept the Debtors' Plan.

**Jurisdiction, Venue and Predicate for Relief**

10. The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409. The statutory predicate for relief is 11 U.S.C. § 1121(d).

**Relief Requested**

11. Bankruptcy Code Section 1121(d) grants the Court authority to extend the exclusivity periods "for cause" after notice and a hearing. Although the term "cause" is not defined by the Bankruptcy Code, the legislative history indicates that it is to be viewed flexibly "in order to allow the debtor to reach an agreement." H.R. Rep. No. 95, 95th Cong., 1st Sess. 232


(1997). *See also In re McLean Indus., Inc.*, 87 B.R. 830, 833 (Bankr. S.D.N.Y. 1987) (quoting H.R. Rep. No. 595, 95th Cong., 2d Sess. 231 (1978)); *In re Public Serv. Co. of N.H.*, 88 B.R. 521, 534 (Bankr. D. N.H. 1988) ("the legislative intent . . . [is] to promote maximum flexibility").

12.     To facilitate this legislative intent, a debtor should be given a reasonable opportunity to negotiate an acceptable plan with creditors and to prepare adequate financial and nonfinancial information concerning the ramifications of any proposed plan for disclosure to creditors. *See, e.g., In re McLean Indus.*, 87 B.R. at 833-34; *In re Texaco, Inc.*, 76 B.R. 322, 327 (Bankr. S.D.N.Y. 1987). Recognizing that what is reasonable, of course, depends on the facts and circumstances of each particular case, the decision to extend a debtor's exclusive periods to file a plan and solicit acceptances thereof is committed to the sound discretion of the bankruptcy court. *See First Am. Bank of N.Y. v. Southwest Gloves and Safety Equip., Inc.*, 64 B.R. 963, 965 (D. Del. 1986).

13.     Courts have relied on a variety of factors when determining whether cause exists for an extension of a debtor's exclusive periods to file a plan and solicit acceptances thereof, each of which may provide sufficient grounds for extending those periods. These factors include: (1) the size and complexity of the case, (2) the necessity of sufficient time to negotiate and prepare adequate information, (3) the existence of good faith progress toward reorganization, (4) whether the debtor is paying its debts as they become due, (5) whether the debtor has demonstrated reasonable progress for filing a viable plan, (6) whether the debtor has made progress in negotiating with creditors, (7) the length of time the case has been pending, (8) whether the debtor is seeking the extension to pressure creditors, and (9) whether unresolved contingencies exist. *In re Dow Corning Corp.*, 208 B.R. 661, 664-65 (Bankr. E.D. Mich. 1997); *In re Express One Int'l, Inc.*, 194 B.R. 98, 100 (Bankr. E.D. Tex. 1996); *In re Texaco, Inc.*,

76 B.R. at 327. The identified criteria are only factors, however, not all of which are necessarily relevant in every case. Moreover, no one factor is dispositive, and the Court is not restricted to merely adding up the factors. *Dow Corning*, 208 B.R. at 669. Regardless of the weight afforded to each factor, together these factors demonstrate that extension of the exclusive solicitation period is warranted here.

14. Here, as this Court is well aware, these Chapter 11 Cases are large and involve a complex history of business relationships between and among the key parties. The Debtors are seeking to sell a $100 million asset, and BTB has opposed nearly every action taken by the Debtors every step of the way. The Debtors have already filed their plan and disclosure statement, and therefore have already prepared adequate information.

15. Likewise, with confirmation – albeit hotly contested by BTB – set to commence on May 4, 2015, the Debtors have made good faith progress toward reorganization. The Debtors also are paying their debts as they become due, have already filed a viable plan, and have made progress in negotiations with creditors other than BTB, such as the Nueces County Tax Collector and Odfjell Tankers, AS. Moreover, these cases have been pending for just over seven months, and the Debtors are not seeking an extension to pressure creditors.

16. Accordingly, the Debtors respectfully submit that they have established sufficient cause to extend the exclusive solicitation period for an additional 61 days.

WHEREFORE, the Debtors respectfully request that the Court grant (a) this Motion, (b) extend their exclusive solicitation period through and including June 22, 2015, and (c) grant them such other relief as justice and equity require.

Dated April 6, 2015.

Respectfully submitted,

GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

By: /s/ Scott M. Grossman
MARK D. BLOOM
Fla. Bar. No. 303836
bloomm@gtlaw.com
JOHN R. DODD
Fla. Bar No. 38091
doddj@gtlaw.com
ARI NEWMAN
Fla. Bar No. 56575
newmanar@gtlaw.com

-and-

SCOTT M. GROSSMAN
Fla. Bar No. 176702
grossmansm@gtlaw.com
401 East Las Olas Blvd., Suite 2000
Fort Lauderdale, FL 33301
Telephone: (954) 765-0500
Facsimile: (954) 765-1477

*Counsel to the Debtors*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or by first class U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Scott M. Grossman
Scott M. Grossman

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Vincent F Alexander    vfa@kttlaw.com, lf@kttlaw.com
- David M Bennett    david.bennett@tklaw.com
- Mark D. Bloom    bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com
- Mark Bonacquisti    mark@mbpa-law.com, atty_ellison@trustesolutions.com,allusers@mbpa-law.com,annmarie@mbpa-law.com
- Alan R Crane    acrane@furrcohen.com, pmouton@furrcohen.com;atty_furrcohen@bluestylus.com
- John R. Dodd    doddj@gtlaw.com, miaecfbky@gtlaw.com;mialitdock@gtlaw.com
- Heidi A Feinman    Heidi.A.Feinman@usdoj.gov
- Gregory S Grossman    ggrossman@astidavis.com, ngonzalez@astidavis.com
- Scott M. Grossman    grossmansm@gtlaw.com, smithl@gtlaw.com; MiaLitDock@gtlaw.com;FTLLitDock@GTLaw.com;miaecfbky@gtlaw.com
- Jordi Guso    jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Charles H Lichtman    clichtman@bergersingerman.com, lwebster@bergersingerman.com;efile@bergersingerman.com
- Demetra L Liggins    demetra.liggins@tklaw.com
- Isaac M Marcushamer    imarcushamer@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Michael C Markham    mikem@jpfirm.com, minervag@jpfirm.com
- Paul J McMahon    pjm@pjmlawmiami.com
- Ari Newman    newmanar@gtlaw.com, crossmann@gtlaw.com;mialitdock@gtlaw.com;miaecfbky@gtlaw.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Jodi Ann Pandolfi    jodi.pandolfi@bakermckenzie.com
- David L Rosendorf    dlr@kttlaw.com, rcp@kttlaw.com;CWT@kttlaw.com;ycc@kttlaw.com
- Deirdre B. Ruckman    druckman@gardere.com, koliver@gardere.com
- Jay Sakalo    jsakalo@bilzin.com, eservice@bilzin.com;lflores@bilzin.com

- Luis Salazar    salazar@salazarjackson.com, jackson@salazarjackson.com;dagley@salazarjackson.com;aguilar@salazarjackson.com; Lee-Sin@SalazarJackson.com;pacetti@salazarjackson.com;cloyd@salazarjackson.com
- Diane W Sanders    austin.bankruptcy@lgbs.com
- Paul Steven Singerman    singerman@bergersingerman.com, mdiaz@bergersingerman.com;efile@bergersingerman.com;efile@ecf.inforuptcy.com
- Jeffrey I. Snyder    jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
- Cristina M Suarez    csuarez@astidavis.com
- Charles W Throckmorton    cwt@kttlaw.com, lf@kttlaw.com;ycc@kttlaw.com

|  |  |  |
|---|---|---|
| AT&T<br>P.O. Box 5001<br>Carol Stream, IL 60197-5001 | Citgo Refining<br>and Chemicals Co.<br>1802 Nueces Bay Blvd.<br>Corpus Christi, TX 78407-2222 | Daegis<br>c/o Sinead O' Carroll, Esq.<br>Reeves & Brightwell LLP<br>221 W. 6th Stt, Ste 1000<br>Austin TX 78701-3418 |
| Daegis Inc.<br>600 East Las Colinas Boulevard<br>Suite 1500<br>Dallas, TX 75039-5651 | Gonzales, Raul<br>1641 W Manor Dr<br>Corp Christi, TX 78412-4408 | Johann Haltermann Ltd.<br>Payable Acctg Service Center<br>P.O. Box 6004<br>Midland, MI 48641-6004 |
| Lussier, Michael<br>261 County Road 625<br>Sinton, TX 78387-5146 | McDonnell, Rex G., IV<br>P.O. Box 2193<br>Georgetown TX 78627-2193 | Missouri Pacific Railroad Company<br>1400 Douglas Street<br>Omaha, NE 68179-0002 |
| Nueces County Tax Collector<br>901 Leopard Street<br>Room 301<br>Corpus Christi, TX 78401-3602 | Paymaster, Inc.<br>1880 North Congress Avenue<br>Suite 222<br>Boynton Beach, FL 33426-8675 | Princeton Economics Group, Inc.<br>c/o Steven L. Gutter, Esq.<br>21301 Powerline Rd Ste 100<br>Boca Raton, FL 33433-2389 |
| Sargeant Bulktainers<br>3020 North Military Trail<br>Suite 100<br>Boca Raton, FL 33431-1805 | Ramos, Jose Sr.<br>6902 Anastasia<br>Corpus Christi, TX 78413-4486 | Rich, Terri<br>24765 County Road 350<br>Mathis, TX 78368-4002 |
| Harry Sargeant II<br>3020 North Military Trail<br>Suite 100<br>Boca Raton FL 33431-1805 | Daniel Sargeant<br>3020 North Military Trail<br>Suite 100<br>Boca Raton FL 33431-1805 | James Sargeant<br>3020 North Military Trail<br>Suite 100<br>Boca Raton, FL 33431 |
| Reliant Energy<br>Retail Services, LLC<br>P.O. Box 1046<br>Houston, TX 77251-1046 | Tequesta Insurance Advisors<br>218 S US Highway 1<br>Suite 300<br>Tequesta, FL 33469-2725 | Texas Workforce Commission<br>Special Actions Unit<br>Regulatory Integrity Division<br>101 E. 15th Street, Room 556<br>Austin, TX 78778-0001 |

<div style="columns:3">

Isaías Medina
Coordinator of Litigation and Claims
Management of International Matters
General Counsel's Office
Petróleos de Venezuela, S.A.
Av. Liberador, Torre Este Piso 1, Oficina 10-30
Consultoria Juridica, La Campina
Caracas, Venezuela 1050

Rosa A Shirley
Baker & McKenzie LLP
2001 Ross Avenue #2300
Dallas, TX 75201

Benjamin Mintz
Kaye Scholer
250 West 55th Street
New York, NY 10019-9710

Jonathan J. Walsh, Esq.
Curtis, Mallet-Prevost,
Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061

Trigeant, Ltd.
3020 North Military Trail
Suite 100
Boca Raton, FL 33431-1805

Valverde, Gary
6902 Anastasia
Corpus Christi, TX 78413-4486

Neal Hampton
Kaye Scholer
250 West 55th Street
New York, NY 10019-9710

Christina K. Schovajsa
808 Travis St., Suite 1300
Houston, TX 77002

U.S. Securities and Exchange
Commission Office of
Reorganization
950 East Paces Ferry Rd, Ste 900
Atlanta, GA 30326-1382

Honorable Anne M. Gannon, CFC
Tax Collector
Palm Beach County
P.O. Box 3715
West Palm Beach, FL 33402-3715

David W. Parham
Baker & McKenie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

Theresa A. Foudy
Curtis, Mallet-Prevost,
Colt & Mosle LLP
101 Park Avenue
New York, NY 10178

</div>

9

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 14-29027-EPK<br>Southern District of Florida<br>West Palm Beach<br>Fri Jan 23 16:04:42 EST 2015 | BTB Refining, LLC<br>c/o Charles W.Throckmorton, Esquire<br>Kozyak Tropin & Throckmorton, P.A.<br>9th Floor<br>Coral Gables, FL 33134<br>Via ECF | Bay Ltd.<br>Schauer & Simank, PC<br>c/o Ronald A. Simank<br>615 North Upper Braodway<br>Suite 700<br>Corpus Christi, TX 78401-0857 |
| Berry Contracting LP<br>c/o Jodi Pandolfi Esq<br>1111 Brickell Ave #1700<br>Miami, FL 33131-3137<br>Via ECF | Berry GP Inc.<br>c/o Jodi Pandolfi Esq<br>1111 Brickell Ave #1700<br>Miami, FL 33131-3137<br>Via ECF | EnCap Flatrock Midstream Fund II, L.P.<br>Salazar Jackson, LLP<br>Attn: Luis Salazar<br>Two South Biscayne Blvd, Suite 3760<br>Miami, FL 33131-1815<br>Via ECF |
| Gravity Midstream Corpus Christi, LLC<br>Salazar Jackson, LLP<br>c/o Luis Salazar, Esq.<br>2 South Biscayne Blvd. Suite 3760<br>Miami, FL 33131-1815<br>Via ECF | Oil Refinery, LLC<br>c/o Moffa & Bonacquisti, P.A.<br>1776 N. Pine Island Rd.<br>Suite 102<br>Plantation, FL 33322-5200<br>Via ECF | PDVSA Petroleo, S.A.<br>c/o Jay M. Sakalo, Esq.<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>1450 Brickell Avenue<br>Suite 2300<br>Miami, FL 33131-3456 - Via ECF |
| Trigeant Holdings, Ltd.<br>3020 North Military Trail, Ste. 100<br>Boca Raton, FL 33431-1805 | Trigeant, LLC<br>3020 North Military Trail, Ste. 100<br>Boca Raton, FL 33431-1805 | Union Pacific Railroad Company<br>1400 Douglas Street Stop 1580<br>Omaha, NE 68179-0002 |
| BTB Refining, LLC<br>c/o David L. Rosendorf<br>Kozyak Tropin Throckmorton LLP<br>2525 Ponce de Leon Boulevard<br>Coral Gables, Florida 33134-6039<br>Via ECF | BTB Refining, LLC<br>c/o Mark T. Mitchell, Esq.<br>Gardere Wynne Sewell LLP<br>600 Congress Ave., Ste. 3000<br>Austin TX 78701-3056 | Bay Ltd.<br>P.O. Box 9908<br>Corpus Christi, TX 78469-9908 |
| Bay, Ltd.<br>c/o Ronald A. Simank<br>Schauer & Simank, PC<br>615 North Upper Broadway, Suite 700<br>Corpus Christi, TX 78401-0857 | Berry Contracting, Inc.<br>P.O. Box 4858<br>Corpus Christi, TX 78469-4858 | Berry GP, Inc. d/b/a Bay, Ltd.<br>P.O. Box 9908<br>Corpus Christi, TX 78469-9908 |
| Cameron-McKinney, LLC<br>1001 McKinney<br>Suite 580<br>Houston, TX 77002-6425 | City of Corpus Christi<br>1201 Leopard Street<br>Corpus Christi, TX 78401-2120 | Claims Purchase Systems, Inc.<br>c/o Alan R. Crane, Esq.<br>Furr & Cohen, P.A.<br>One Boca Place, Ste. 337W<br>Boca Raton FL 33431<br>Via ECF |
| Corpus Christi Area Oil Spill Control<br>1231 Navigation Blvd.<br>Corpus Christi, TX 78402-1911<br>Returned Mail / Underliverable | Crowell & Moring LLP<br>1001 Pennsylvania Avenue<br>Washington, DC 20004-2595 | Crowell & Moring LLP<br>Attn:  Matthew W Cheney<br>1001  Pennsylvania Ave NW<br>Washington, DC 20004-2595 |
| Cunningham Law Group<br>2221 Brun Street<br>Houston, TX 77019-6507 | Davis & Co.<br>700 Bay Street East<br>Nassau, Bahamas | Direct Energy Business<br>1001 Liberty Avenue<br>12th Floor<br>Pittsburgh, PA 15222-3715 |
| Freepoint Commodities Trading and Market<br>58 Commerce Blvd.<br>Stamford, CT 06902-4506 | Grant Thornton, LLP<br>33911 Treasury Center<br>Chicago, IL 60694-3900 | Hartline, Dacus, Barger,Dreyer LLP<br>c/o Michael G Terry<br>800 N Shoreline Blvd #2000 North<br>Corpus Christi, TX 78401-3759 |

```
Internal Revenue Service              International Oil Trading Company, Ltd.   Merrill Communications, LLC
P.O. Box 7346                         c/o David L. Rosendorf                    Attn:  Leif Simpson
Philadelphia, PA 19101-7346           Kozyak Tropin Throckmorton LLP            1 Merrill Cir
                                      2525 Ponce de Leon Boulevard              St Paul MN 55108-5267
                                      Coral Gables, Florida 33134-6039
                                      Via ECF


Merrill Communications, LLC           Message Labs, Inc.                        Nueces County
CM-9638                               512 Seventh Avenue                        c/o Diane W. Sanders
Saint Paul, MN 55170-9638             6th Floor                                 Linebarger Goggan Blair & Sampson, LLP
                                      New York, NY 10018-4606                   P.O. Box 17428
                                      Returned Mail / Underliverable            Austin, Tx 78760-7428
                                                                                Via ECF


Odfjell Tankers AS                    Office of the US Trustee                  PDVSA
c/o Robert L. Klawetter, Esq.         51 S.W. 1st Ave.                          c/o Steven J. Reisman, Esq.
Eastham, Watson, Dale & Forney, LLP   Suite 1204                                Curtis, Mallet-Prevost, et al.
808 Travis, Suite 1300                Miami, FL 33130-1614                      101 Park Avenue
Houston, TX 77002-5825                Via ECF                                   New York, NY 10178-0061


PDVSA Petroleos, S.A.                 Reliant Energy                            Sargeant Marine, Inc.
c/o Steven J. Reisman, Esq.           Dept. 650475                              3020 N. Military Trail
Curtis, Mallet-Prevost, Colt & Mosle LLP  1501 N. Plano Road                    Boca Raton, FL 33431-1805
101 Park Avenue                       Richardson, TX 75081-2430
New York, New York 10178-0002


Swordfish Asphalt Investments, LLC    Texas Asphalt Refining Company, LLC       Travieso Evans Arria Rengel & Paz
3020 North Military Trail             c/o David M. Toblan, Esq.                 Edificio Atlantic, Piso 6
Suite 100                             Oldcastle Law Group                       Avenida Andres Bello
Boca Raton, FL 33431-1805             900 Ashwood Pkwy., Ste. 700               Los Grandes
                                      Atlanta, GA 30338-4780                    Caracas 1060, Venezuela


Union Pacific Railroad Company        Whiteford, Taylor & Preston LLP           Whiteford, Taylor & Preston L.L.P.
Attn:  Mary Ann Kilgore, Jennie L Anders  1025 Connecticut Avenue NW            c/o Dennis Shaffer, Esquire
1400 Douglas St STOP 1580             Washington, DC 20036-5410                 Seven Saint Paul Street, 18th Floor
Omaha, NE 68179-0002                                                            Baltimore, MD 21202-1697


Ari Newman Esq.                       Bill Hardin                               Charles H Lichtman
333 S.E. 2nd Avenue, Suite 4400       c/o Navigant Consulting, Inc              350 E Las Olas Blvd # 1000
Miami, FL 33131-2184                  30 S Wacker Dr #3100                      Ft Lauderdale, FL 33301-4215
Via ECF                               Chicago, IL 60606-7444                    Via ECF


Daniel Sargeant                       Harry Sargeant III                        Harry Sargeant, II
c/o Isaac M. Marcushamer              c/o Kozyak Tropin & Throckmorton LLP      c/o Isaac M. Marcushamer
Berger Singerman LLP                  2525 Ponce de Leon Blvd.                  Berger Singerman LLP
1450 Brickell Avenue                  9th Floor                                 1450 Brickell Avenue
Suite 1900                            Coral Gables, FL 33134-6039               Suite 1900
Miami, FL 33131-5319 - Via ECF        Via ECF                                   Miami, FL 33131-5319 - Via ECF

James Sargeant                        John R. Dodd Esq.                         Mark D. Bloom Esq.
c/o Isaac M. Marcushamer              333 Ave of the Americas #4400             333 S.E. 2nd Avenue #4400
Berger Singerman LLP                  Miami, FL 33131-2184                      Miami, FL 33131-2184
1450 Brickell Avenue                  Via ECF                                   Via ECF
Suite 1900
Miami, FL 33131-5319 - Via ECF


Mohammad Anwar Farid Al-Saleh         Scott M. Grossman Esq.
c/o Astigarraga Davis Mullins & Grossman  401 E Las Olas Blvd #2000
1001 Brickell Bay Drive               Fort Lauderdale, FL 33301-4223
9th Floor                             Via ECF
Miami, FL 33131-4937
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Berger Singerman LLP                (u)Claims Purchase Systems, Inc.        (u)Nueces County




(u)Odfjell Tankers AS                  (d)Trigeant, Ltd.                       (u)West Palm Beach
c/o Paul Joseph McMahon, P.A.          3020 North Military Trail
Miami                                  Suite 100
                                       Boca Raton, FL 33431-1805



(d)BTB Refining, LLC                   (d)Trigeant Holdings, Ltd.              (d)Trigeant, LLC
c/o Mark T. Mitchell, Esq.             3020 North Military Trail               3020 North Military Trail
Gardere Wynne Sewell LLP               Suite 100                               Suite 100
600 Congress Ave., Ste. 3000           Boca Raton, FL 33431-1805               Boca Raton, FL 33431-1805
Austin, TX 78701-3056


(u)Isaac Marcushamer                   End of Label Matrix
                                       Mailable recipients    58
                                       Bypassed recipients    10
                                       Total                  68
```