

ORDERED in the Southern District of Florida on May 4, 2015.

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

IN RE

TRIGEANT HOLDINGS, et al.,      CASE NO. 14-29027-EPK
    CHAPTER 11
    Debtors.     Jointly Administered
_____/

### ORDER GRANTING JOINT AGREED "EX PARTE" MOTION TO VACATE ORDER DISMISSING APPEAL

On May 1, 2015, BTB filed an Agreed "Ex Parte" Motion to Vacate Order Dismissing Appeal. Without conducting a hearing the Court considered the matter on the papers submitted, and finding good cause to grant the relief requested, it is –

**ORDERED** that the motion is granted, and this Court's Order Dismissing Appeal (ECF#566) is hereby vacated.

###

**ORDER SUBMITTED BY:**
David L. Rosendorf, Esq.
Kozyak Tropin & Throckmorton, LLP
2525 Ponce de Leon, 9th Floor
Coral Gables, FL 33134
Tel:     (305) 372-1800
Fax:    (305) 372-3508
Email: drosendorf@kttlaw.com
*Counsel for BTB Refining, LLC*

**COPIES FURNISHED TO:**
David L. Rosendorf, Esq.
[Attorney Rosendorf is directed to serve copies of this order on all interested parties and to file a certificate of service]